UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
V.J.C.A.,

                Petitioner,

      - against –

KENNETH GENALO, in his official
capacity as Field Office Director of
New York, Immigration and Customs
Enforcement, et. al.,

                Respondents.
------------------------------------------------------------ X

                                    JUDGMENT
                                    26-CV-01482 (HG)

A Memorandum and Order of Honorable Hector Gonzalez, United States District Judge,

having been filed on March 17, 2026, granting the Petition for a writ of habeas; it is

ORDERED and ADJUDGED that the Petition for a writ of habeas corpus is granted; the

government is directed to immediately release Petitioner from custody and is further directed to

certify compliance with the Court's Order by filing a letter on the docket 5:00 p.m. on March 18,

2026; and that Petitioner shall not be re-detained without notice and an opportunity to be heard at

a pre-deprivation bond hearing before a neutral decisionmaker, where Respondents will have the

burden of showing that his detention is authorized under 8 U.S.C. § 1226(a).

Dated: Brooklyn, New York          Approved by: _____*/s/ Hector Gonzalez*_____
      March 18, 2026                        HECTOR GONZALEZ
                                    United States District Judge

Dated: Brooklyn, New York
      March 18, 2026          Approved by: __*/s/Brenna B. Mahoney*_____
                                    BRENNA B. MAHONEY
                                    Clerk of Court